

Veva 14, Suite 404
1777 Sentry Parkway West
Blue Bell, PA 19422
610-400-1970 **office**
610-850-9994 **fax**

www.devinetimoney.com

*cause*:design

**Patrick C. Timoney,** Partner
ptimoney@devinetimoney.com

June 1, 2023

<u>Via ECF</u>

The Honorable Richard D. Bennett
U.S.D.C for the District of Maryland
101 West Lombard Street
Chambers 5D
Baltimore, MD 21201

      Re:    Andrew Lee Warnick v. Delmarva Power & Light Company, et al.
              U.S.D.C. for the District of Maryland Northern Division
              Docket No. 23-cv-175

<u>**JOINT CONFERENCE REPORT AND REQUEST TO EXTEND DEADLINES**</u>

Dear Judge Bennett:

This will confirm that counsel for the parties have completed their preliminary conference call and the parties have agreed as follows.

    **I.**    <u>**Joint Request for Extension of Discovery, Request for Admissions and Dispositive Pretrial Motions Deadlines**</u>

The parties hereby jointly request a **60 day** extension of the discovery, admissions and dispositive pretrial motions as follows:
    Discovery End Date December 2, 2023
    Request for Admissions December 10, 2023
    Dispositive Pretrial Motions December 30, 2023.

    **II.**    <u>**Early Settlement**</u>

Counsel have conferred and have agreed this case NOT appropriate for an early settlement or ADR conference.

### III. <u>Magistrate Judge</u>

Counsel have conferred and at this time the parties DO NOT choose to have the matter referred to a Magistrate Judge.

Respectfully Submitted,

Patrick C. Timoney

PCT/mel

Cc: Phillip Zuber, Esquire
Ken Macleay, Esquire