# EXHIBIT "B"



# Transcript of Patrick Dubinski

**Date:** March 1, 2024
**Case:** Warnick -v- Delmarva Power & Light Co.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
**www.planetdepos.com**

| | | |
|---|---|---|
| 1 | work station? | 10:20:16 |
| 2 | A.   There were electrical standards, Delmarva | 10:20:17 |
| 3 | Power's electrical standards, which are based off | 10:20:25 |
| 4 | of OSHA codes and any NSEC code, code books. | 10:20:26 |
| 5 | Q.   Okay.  So, so does Delmarva have a | 10:20:32 |
| 6 | separate book of standards? | 10:20:40 |
| 7 | A.   Yes. | 10:20:42 |
| 8 | Q.   Okay. | 10:20:42 |
| 9 | A.   Yes. | 10:20:44 |
| 10 | Q.   And what is that called? | 10:20:44 |
| 11 | A.   Electrical Standard -- Distribution of | 10:20:45 |
| 12 | Electrical Standards.  There's construction | 10:20:51 |
| 13 | standards and material standards and engineering | 10:20:54 |
| 14 | standards.  When I worked there, there were those | 10:20:57 |
| 15 | three, I believe. | 10:21:06 |
| 16 | Q.   And, and do any of those standards | 10:21:08 |
| 17 | contain any, to your recollection, any, anything | 10:21:15 |
| 18 | about -- | 10:21:18 |
| 19 | A.   No. | 10:21:23 |
| 20 | (Reporter asks for last word to be | 10:21:23 |
| 21 | restated.) | 10:21:23 |
| 22 | MR. FOLEY:  Maintenance. | 10:21:23 |

Transcript of Patrick Dubinski
Conducted on March 1, 2024                              24

| | | |
|---|---|---|
| 1 | Q.   -- or standard called -- | 10:24:48 |
| 2 | MR. FOLEY:  Let him finish.  I'm sorry. | 10:24:49 |
| 3 | Go ahead. | 10:24:51 |
| 4 | THE WITNESS:  Sorry. | 10:24:51 |
| 5 | BY MR. TIMONEY: | 10:24:51 |
| 6 | Q.   While you worked at Delmarva were you | 10:24:52 |
| 7 | aware that there was a guideline or standard | 10:24:54 |
| 8 | called NFPA 70B, Recommended Practice For | 10:24:56 |
| 9 | Electrical Equipment and Maintenance? | 10:24:59 |
| 10 | MR. FOLEY:  Objection.  Go ahead and | 10:25:01 |
| 11 | answer. | 10:25:02 |
| 12 | THE WITNESS:  Yes. | 10:25:02 |
| 13 | BY MR. TIMONEY: | 10:25:03 |
| 14 | Q.   Okay.  And how was it you were aware of | 10:25:07 |
| 15 | that? | 10:25:09 |
| 16 | A.   So we had a safety, like, manager and | 10:25:11 |
| 17 | they were -- it was their responsibility for | 10:25:16 |
| 18 | reviewing and implementing any NFPA guidelines. | 10:25:21 |
| 19 | Myself, as an engineer, I was more on the National | 10:25:24 |
| 20 | Electrical Code and National Electrical Safety | 10:25:26 |
| 21 | Code. | 10:25:29 |
| 22 | Q.   Who was the safety manager? | 10:25:29 |

Transcript of Patrick Dubinski
Conducted on March 1, 2024                    37

| | | |
|---|---|---|
| 1 | like me. | 10:40:44 |
| 2 | Q.    Is that the one with the back of the | 10:40:44 |
| 3 | head? | 10:40:46 |
| 4 | A.    Yes. | 10:40:46 |
| 5 | Q.    On the left side of the picture? | 10:40:47 |
| 6 | A.    Yes. | 10:40:48 |
| 7 | Q.    And who are you with in that picture? | 10:40:49 |
| 8 | A.    Tommy Jones, I believe his name is. | 10:40:51 |
| 9 | Q.    Okay.  And do you know where this picture | 10:40:56 |
| 10 | was taken? | 10:41:00 |
| 11 | A.    I do not know where specifically it was | 10:41:01 |
| 12 | taken, no. | 10:41:03 |
| 13 | Q.    Okay.  Who's Tommy Jones and what -- | 10:41:04 |
| 14 | A.    He's, he was a construction supervisor. | 10:41:09 |
| 15 | Q.    Okay. | 10:41:11 |
| 16 | A.    Sorry to interrupt.  I'm sorry. | 10:41:16 |
| 17 | Q.    That's fine.  And do you recall any | 10:41:17 |
| 18 | occasion before preparing for your deposition | 10:41:23 |
| 19 | today where you saw this picture before? | 10:41:25 |
| 20 | A.    No. | 10:41:28 |
| 21 | Q.    Okay.  Do you recall prior to preparing | 10:41:29 |
| 22 | for your deposition an occasion where you saw any | 10:41:33 |

1    of the pictures in the packet marked as Dubinski 2    10:41:36

2    before?    10:41:39

3        A.    Yes.    10:41:42

4        Q.    And tell me what you recall about that.    10:41:42

5        A.    Some of these pictures were taken for,    10:41:46

6    for various reasons.  One of them was the    10:41:52

7    equipment inside the rooms and discussing this    10:41:54

8    with leadership on how -- you know, types of    10:42:00

9    standards to replace it with.    10:42:03

10        Q.    Okay.  All right.  And so if you look at    10:42:07

11   the picture where there's you and another person,    10:42:11

12   the next picture is a picture of -- is this    10:42:14

13   picture; is that right?    10:42:19

14        A.    Correct.    10:42:21

15        Q.    And is that -- what is that a picture of?    10:42:22

16        A.    It's a picture of, it's a picture of a    10:42:26

17   switch with some fusses for the electrical cables.    10:42:33

18        Q.    And is that a high voltage switch?    10:42:36

19        A.    Yes.  Well, high voltage meaning voltage,    10:42:42

20   meaning voltage would be like 12,000 volts.    10:42:45

21        Q.    And do you know where this was located?    10:42:51

22        A.    No.    10:42:54

1    Q.   And was this a -- is that picture some of          10:42:55

2    the equipment that you'd talked about presenting        10:43:03

3    that photo to leadership?                               10:43:08

4    A.   Not this specific photo, no.                       10:43:09

5    Q.   But how about that type of equipment?              10:43:13

6    A.   Yes.                                               10:43:15

7    Q.   Okay.  And what, if anything, was                  10:43:16

8    discussed with leadership about that type of            10:43:19

9    equipment?                                              10:43:21

10   A.   Working with standards to develop how,             10:43:23

11   how to replace it --                                    10:43:30

12   Q.   Okay.  Well --                                     10:43:33

13   A.   -- and, and to quantify how many of those          10:43:42

14   that were on the property that Delmarva had.            10:43:44

15   Q.   Okay.  And, and when did you do the work           10:43:47

16   of quantifying how many Delmarva had?                   10:43:51

17   A.   Around 2018 to 2019.                               10:43:54

18   Q.   And how was that done?  How was that work          10:43:57

19   done to quantify how many they had?                     10:44:03

20   A.   Records, mapping records, and some of              10:44:05

21   these audits.                                           10:44:08

22   Q.   And were any done by personal inspection?          10:44:13

| | | |
|---|---|---|
| 1 | A.   No. | 10:44:19 |
| 2 | Q.   Okay.  And was any sort of report | 10:44:21 |
| 3 | prepared in connection with that? | 10:44:31 |
| 4 | A.   No. | 10:44:34 |
| 5 | Q.   Did, did someone come up with a number as | 10:44:34 |
| 6 | to how many of these types of switches were out | 10:44:40 |
| 7 | there on Delmarva's network? | 10:44:44 |
| 8 | A.   Switches particularly, no; but in the | 10:44:46 |
| 9 | rooms, yes.  We had, we had a list of the rooms | 10:44:48 |
| 10 | that had these type of switches and transformers | 10:44:52 |
| 11 | inside. | 10:44:56 |
| 12 | Q.   Okay.  And, and do you know what that | 10:44:57 |
| 13 | list was called? | 10:44:59 |
| 14 | A.   No, I don't know. | 10:44:59 |
| 15 | Q.   And that was sometime around 2018 or | 10:45:02 |
| 16 | 2019? | 10:45:05 |
| 17 | A.   Correct, correct. | 10:45:06 |
| 18 | Q.   And do you know what department | 10:45:07 |
| 19 | maintained that list? | 10:45:09 |
| 20 | A.   It was in our -- | 10:45:10 |
| 21 | MR. FOLEY:  Objection.  Go ahead. | 10:45:11 |
| 22 | THE WITNESS:  It was in our reliability | 10:45:12 |

1    department.                                        10:45:14

2  BY MR. TIMONEY:                                      10:45:14

3      Q.   Okay.  Do you know what the list was        10:45:15

4  called?                                              10:45:18

5      A.   I don't, I don't recall.                    10:45:19

6      Q.   And do you know who the author of the       10:45:22

7  list was?                                            10:45:26

8      A.   Myself and Ron Browning.                    10:45:27

9      Q.   And while you worked here, did you have a   10:45:30

10  copy of that list?                                  10:45:37

11     A.   Yes.                                         10:45:37

12     Q.   Okay.  Do you know anyone else who had a    10:45:38

13  copy of that list?                                  10:45:43

14     A.   It was on our shared, shared drive.         10:45:44

15     Q.   Okay.  And where was it located on the      10:45:47

16  shared drive?                                        10:45:51

17     A.   I don't recall.                             10:45:52

18     Q.   Well, can we narrow it down?  Was it, was   10:45:53

19  it on a certain department's section of the shared  10:45:58

20  drive?                                               10:46:00

21     A.   Possibly, yes.  I don't -- at the time we   10:46:03

22  had like a Bay Regional folder --                   10:46:10

1      Q.    Uh-huh.                                      10:46:10

2      A.    -- and we also had a Maryland and           10:46:12

3  Delaware folder.  I'm not sure specifically where     10:46:14

4  it was.  But within one of those folders we had,      10:46:17

5  it was like a high rise, we called them high rise     10:46:20

6  folders with high rise pictures and lists.            10:46:24

7      Q.    Okay.  And what does that reference; the     10:46:29

8  word high rise?                                        10:46:31

9      A.    Buildings that were higher than four        10:46:32

10 stores.                                                10:46:35

11     Q.    Okay.  And if, if you were -- when you       10:46:35

12 worked here, if you wanted to reference that list      10:46:45

13 on your shared drive how would you -- where would      10:46:48

14 you go?  Like literally, what do you click through     10:46:50

15 to get to it?                                          10:46:54

16     A.    I don't -- I can't remember --              10:46:55

17     Q.    Okay.                                        10:46:57

18     A.    -- specifically the order of where it       10:46:58

19 was.                                                   10:47:00

20     Q.    Who, who was your boss at the time when     10:47:00

21 this list was prepared?                                10:47:04

22     A.    Shirley Banks.                               10:47:05

1          MR. FOLEY:  I didn't get that.  I'm                    10:47:07

2      sorry.                                                     10:47:08

3          THE WITNESS:  Shirley Banks, B-A-N-K-S.                10:47:08

4  BY MR. TIMONEY:                                               10:47:13

5      Q.   Did she also have a copy of the list?                10:47:13

6      A.   Possibly, yes.                                       10:47:17

7      Q.   Did you ever have occasion to discuss the           10:47:18

8  list with her?                                                10:47:22

9      A.   Yes.  Yeah.                                           10:47:23

10     Q.   Okay.  And tell me I guess first off,               10:47:24

11  what was presented?  You mentioned presenting                10:47:40

12  things to a higher level of people about changing            10:47:46

13  these rooms; is that right?                                  10:47:50

14     A.   Yes.                                                  10:47:52

15     Q.   Okay.  So --                                         10:47:55

16     A.   Or developing a process to change the               10:47:57

17  rooms or seek equipment to, to replace the rooms            10:48:01

18  with --                                                      10:48:09

19     Q.   Okay.                                                10:48:09

20     A.   -- approved equipment.                              10:48:11

21     Q.   And, and who was -- what was that called;           10:48:13

22  that, that process that you developed?                       10:48:21

| | | |
|---|---|---|
| 1 | A.   It wasn't, so it wasn't, it wasn't | 10:48:23 |
| 2 | complete, but like our manager at the time, Dan | 10:48:26 |
| 3 | Guy, it was like to seek his support for replacing | 10:48:31 |
| 4 | the, like replacing the switches or looking at | 10:48:41 |
| 5 | having spare equipment such as (indiscernible | 10:48:45 |
| 6 | words). | 10:48:45 |
| 7 | (Reporter clarifies record.) | 10:48:45 |
| 8 | Q.   Dry type transformers. | 10:48:48 |
| 9 | A.   Dry type transformers. | 10:48:48 |
| 10 | MR. FOLEY:  He says dry type quickly.  I | 10:48:54 |
| 11 | struggle with her stuff.  You're doing great. | 10:48:55 |
| 12 | BY MR. TIMONEY: | 10:48:58 |
| 13 | Q.   And, and so, so was there a particular | 10:49:04 |
| 14 | document prepared for Mr. Guy or -- | 10:49:08 |
| 15 | A.   No.  It was, it was, at the time it was | 10:49:10 |
| 16 | the reviewing the magnitude of the types of | 10:49:15 |
| 17 | equipment that were in the rooms. | 10:49:23 |
| 18 | Q.   Okay. | 10:49:25 |
| 19 | A.   Or I don't know what you want to call it. | 10:49:27 |
| 20 | Yeah, it was like the magnitude.  The number of, | 10:49:34 |
| 21 | number of switches or number of transformers.  It | 10:49:37 |
| 22 | was to work on how many of them are there for | 10:49:39 |

| | | |
|---|---|---|
| 1 | budgetary reasons and for, you know, future | 10:49:44 |
| 2 | projects. | 10:49:47 |
| 3 | Q.   And was a budget prepared? | 10:49:48 |
| 4 | A.   No, not, not when I was here. | 10:49:50 |
| 5 | Q.   Okay.  And was it presented to anyone for | 10:49:52 |
| 6 | support? | 10:49:59 |
| 7 | A.   No, not when I was here. | 10:50:00 |
| 8 | Q.   And if you -- who, who thought or who | 10:50:04 |
| 9 | generated the idea that these are rooms that | 10:50:12 |
| 10 | should be -- where equipment should be switched or | 10:50:15 |
| 11 | changed? | 10:50:21 |
| 12 | MR. FOLEY:  Objection to the form and | 10:50:21 |
| 13 | foundation.  Go ahead. | 10:50:23 |
| 14 | THE WITNESS:  Can you ask the question | 10:50:24 |
| 15 | again? | 10:50:26 |
| 16 | BY MR. TIMONEY: | 10:50:26 |
| 17 | Q.   Yes.  I'm trying to -- so my | 10:50:27 |
| 18 | understanding is that you were tasked with | 10:50:31 |
| 19 | determining how many such rooms existed and, and | 10:50:36 |
| 20 | for developing a process for switching out the | 10:50:42 |
| 21 | equipment in that room; is that right? | 10:50:49 |
| 22 | MR. FOLEY:  Objection.  Go ahead and | 10:50:51 |

| | | |
|---|---|---|
| 1 | answer. | 10:50:52 |
| 2 | THE WITNESS:  I was not specifically | 10:50:52 |
| 3 | tasked with that.  It was an -- as myself as a | 10:50:53 |
| 4 | regional engineer was to look at or determine | 10:50:59 |
| 5 | if such projects or programs should exist. | 10:51:03 |
| 6 | BY MR. TIMONEY: | 10:51:07 |
| 7 | Q.  Okay.  But -- and did you reach a | 10:51:08 |
| 8 | conclusion as to whether it should exist? | 10:51:11 |
| 9 | MR. FOLEY:  Objection.  Go ahead and | 10:51:12 |
| 10 | answer. | 10:51:14 |
| 11 | THE WITNESS:  For projects and programs, | 10:51:14 |
| 12 | yes.  So at the time it was the project | 10:51:16 |
| 13 | initiation part of it.  So it was gathering | 10:51:20 |
| 14 | data, looking at how many of them are there. | 10:51:23 |
| 15 | And then it wasn't in -- we weren't into | 10:51:27 |
| 16 | executing anything at that time.  It was just | 10:51:31 |
| 17 | the initiation part of it. | 10:51:33 |
| 18 | BY MR. TIMONEY: | 10:51:35 |
| 19 | Q.  Okay.  And who initiated it? | 10:51:35 |
| 20 | A.  Myself and with construction.  So like | 10:51:43 |
| 21 | one of the individuals in the picture was like | 10:51:48 |
| 22 | Tommy.  He was one of the supervisors.  So it was, | 10:51:51 |

Transcript of Patrick Dubinski
Conducted on March 1, 2024                    39

| | | |
|---|---|---|
| 1 | Q.   And was this a -- is that picture some of | 10:42:55 |
| 2 | the equipment that you'd talked about presenting | 10:43:03 |
| 3 | that photo to leadership? | 10:43:08 |
| 4 | A.   Not this specific photo, no. | 10:43:09 |
| 5 | Q.   But how about that type of equipment? | 10:43:13 |
| 6 | A.   Yes. | 10:43:15 |
| 7 | Q.   Okay.  And what, if anything, was | 10:43:16 |
| 8 | discussed with leadership about that type of | 10:43:19 |
| 9 | equipment? | 10:43:21 |
| 10 | A.   Working with standards to develop how, | 10:43:23 |
| 11 | how to replace it -- | 10:43:30 |
| 12 | Q.   Okay.  Well -- | 10:43:33 |
| 13 | A.   -- and, and to quantify how many of those | 10:43:42 |
| 14 | that were on the property that Delmarva had. | 10:43:44 |
| 15 | Q.   Okay.  And, and when did you do the work | 10:43:47 |
| 16 | of quantifying how many Delmarva had? | 10:43:51 |
| 17 | A.   Around 2018 to 2019. | 10:43:54 |
| 18 | Q.   And how was that done?  How was that work | 10:43:57 |
| 19 | done to quantify how many they had? | 10:44:03 |
| 20 | A.   Records, mapping records, and some of | 10:44:05 |
| 21 | these audits. | 10:44:08 |
| 22 | Q.   And were any done by personal inspection? | 10:44:13 |

| | | |
|---|---|---|
| 1 | A.  No. | 10:44:19 |
| 2 | Q.  Okay.  And was any sort of report | 10:44:21 |
| 3 | prepared in connection with that? | 10:44:31 |
| 4 | A.  No. | 10:44:34 |
| 5 | Q.  Did, did someone come up with a number as | 10:44:34 |
| 6 | to how many of these types of switches were out | 10:44:40 |
| 7 | there on Delmarva's network? | 10:44:44 |
| 8 | A.  Switches particularly, no; but in the | 10:44:46 |
| 9 | rooms, yes.  We had, we had a list of the rooms | 10:44:48 |
| 10 | that had these type of switches and transformers | 10:44:52 |
| 11 | inside. | 10:44:56 |
| 12 | Q.  Okay.  And, and do you know what that | 10:44:57 |
| 13 | list was called? | 10:44:59 |
| 14 | A.  No, I don't know. | 10:44:59 |
| 15 | Q.  And that was sometime around 2018 or | 10:45:02 |
| 16 | 2019? | 10:45:05 |
| 17 | A.  Correct, correct. | 10:45:06 |
| 18 | Q.  And do you know what department | 10:45:07 |
| 19 | maintained that list? | 10:45:09 |
| 20 | A.  It was in our -- | 10:45:10 |
| 21 | MR. FOLEY:  Objection.  Go ahead. | 10:45:11 |
| 22 | THE WITNESS:  It was in our reliability | 10:45:12 |

Transcript of Patrick Dubinski
Conducted on March 1, 2024                    41

| | | |
|---|---|---|
| 1 | department. | 10:45:14 |
| 2 | BY MR. TIMONEY: | 10:45:14 |
| 3 | Q.   Okay.  Do you know what the list was | 10:45:15 |
| 4 | called? | 10:45:18 |
| 5 | A.   I don't, I don't recall. | 10:45:19 |
| 6 | Q.   And do you know who the author of the | 10:45:22 |
| 7 | list was? | 10:45:26 |
| 8 | A.   Myself and Ron Browning. | 10:45:27 |
| 9 | Q.   And while you worked here, did you have a | 10:45:30 |
| 10 | copy of that list? | 10:45:37 |
| 11 | A.   Yes. | 10:45:37 |
| 12 | Q.   Okay.  Do you know anyone else who had a | 10:45:38 |
| 13 | copy of that list? | 10:45:43 |
| 14 | A.   It was on our shared, shared drive. | 10:45:44 |
| 15 | Q.   Okay.  And where was it located on the | 10:45:47 |
| 16 | shared drive? | 10:45:51 |
| 17 | A.   I don't recall. | 10:45:52 |
| 18 | Q.   Well, can we narrow it down?  Was it, was | 10:45:53 |
| 19 | it on a certain department's section of the shared | 10:45:58 |
| 20 | drive? | 10:46:00 |
| 21 | A.   Possibly, yes.  I don't -- at the time we | 10:46:03 |
| 22 | had like a Bay Regional folder -- | 10:46:10 |

| | | |
|---|---|---|
| 1 | MR. FOLEY:  I didn't get that.  I'm | 10:47:07 |
| 2 | sorry. | 10:47:08 |
| 3 | THE WITNESS:  Shirley Banks, B-A-N-K-S. | 10:47:08 |
| 4 | BY MR. TIMONEY: | 10:47:13 |
| 5 | Q.   Did she also have a copy of the list? | 10:47:13 |
| 6 | A.   Possibly, yes. | 10:47:17 |
| 7 | Q.   Did you ever have occasion to discuss the | 10:47:18 |
| 8 | list with her? | 10:47:22 |
| 9 | A.   Yes.  Yeah. | 10:47:23 |
| 10 | Q.   Okay.  And tell me I guess first off, | 10:47:24 |
| 11 | what was presented?  You mentioned presenting | 10:47:40 |
| 12 | things to a higher level of people about changing | 10:47:46 |
| 13 | these rooms; is that right? | 10:47:50 |
| 14 | A.   Yes. | 10:47:52 |
| 15 | Q.   Okay.  So -- | 10:47:55 |
| 16 | A.   Or developing a process to change the | 10:47:57 |
| 17 | rooms or seek equipment to, to replace the rooms | 10:48:01 |
| 18 | with -- | 10:48:09 |
| 19 | Q.   Okay. | 10:48:09 |
| 20 | A.   -- approved equipment. | 10:48:11 |
| 21 | Q.   And, and who was -- what was that called; | 10:48:13 |
| 22 | that, that process that you developed? | 10:48:21 |

1      A.   It wasn't, so it wasn't, it wasn't                    10:48:23

2   complete, but like our manager at the time, Dan                    10:48:26

3   Guy, it was like to seek his support for replacing                    10:48:31

4   the, like replacing the switches or looking at                    10:48:41

5   having spare equipment such as (indiscernible                    10:48:45

6   words).                    10:48:45

7           (Reporter clarifies record.)                    10:48:45

8      Q.   Dry type transformers.                    10:48:48

9      A.   Dry type transformers.                    10:48:48

10          MR. FOLEY:  He says dry type quickly.  I                    10:48:54

11      struggle with her stuff.  You're doing great.                    10:48:55

12   BY MR. TIMONEY:                    10:48:58

13      Q.   And, and so, so was there a particular                    10:49:04

14   document prepared for Mr. Guy or --                    10:49:08

15      A.   No.  It was, it was, at the time it was                    10:49:10

16   the reviewing the magnitude of the types of                    10:49:15

17   equipment that were in the rooms.                    10:49:23

18      Q.   Okay.                    10:49:25

19      A.   Or I don't know what you want to call it.                    10:49:27

20   Yeah, it was like the magnitude.  The number of,                    10:49:34

21   number of switches or number of transformers.  It                    10:49:37

22   was to work on how many of them are there for                    10:49:39

Transcript of Patrick Dubinski
Conducted on March 1, 2024                    76

| | | |
|---|---|---|
| 1 | transformer -- | 11:26:20 |
| 2 | Q.   Okay. | 11:26:21 |
| 3 | A.   -- from what I recall.  I don't | 11:26:22 |
| 4 | specifically know that for certain, but... | 11:26:24 |
| 5 | Q.   Okay.  And then turning back to DPL 526, | 11:26:27 |
| 6 | you don't recall exactly what was said in | 11:26:38 |
| 7 | connection with this slide? | 11:26:41 |
| 8 | A.   No. | 11:26:42 |
| 9 | Q.   Okay.  All right.  Turning to DPL 557. | 11:26:43 |
| 10 | Do you recall what was discussed in connection | 11:27:01 |
| 11 | with this slide? | 11:27:03 |
| 12 | A.   Besides what's on the page, no. | 11:27:04 |
| 13 | Q.   Okay.  It references Upgrading Equipment. | 11:27:08 |
| 14 | Do you recall what specific equipment was | 11:27:14 |
| 15 | discussed -- well, let me ask you this. | 11:27:17 |
| 16 | During this presentation were you, did | 11:27:22 |
| 17 | you tell the Condo Association that Delmarva had a | 11:27:28 |
| 18 | plan to upgrade the equipment or was considering a | 11:27:31 |
| 19 | plan to upgrade the equipment?  What, what were | 11:27:35 |
| 20 | they told? | 11:27:38 |
| 21 | A.   Considering a plan.  We didn't | 11:27:39 |
| 22 | specifically have a program or plan in place at | 11:27:41 |

1    that time.                                              11:27:44

2         Q.    Okay.   And did you give the Condo           11:27:45

3    Association any kind of timetable for when this         11:27:48

4    would be implemented?                                   11:27:50

5         A.    I don't specifically remember.               11:27:52

6         Q.    Okay.   And did you, did you discuss         11:27:54

7    specific equipment?                                     11:28:02

8         A.    No, no.                                       11:28:04

9         Q.    Okay.   So the first bullet point says       11:28:07

10   Relocation and Consolidation of Electrical              11:28:13

11   Equipment.   What -- tell me about that.   What,        11:28:15

12   what was the plan for relocating the electrical         11:28:19

13   equipment?                                              11:28:24

14        A.    So there were alternatives discussed to,     11:28:24

15   to relocate some of the equipment outside, because      11:28:29

16   we have -- we had approved equipment for out, like      11:28:32

17   outside switch gear.   Or transformers.   Any           11:28:37

18   transformers too.   It was more on the                  11:28:40

19   transformers.                                           11:28:44

20            In some of the rooms they had dry type         11:28:45

21   transformers, like I said, that Delmarva didn't         11:28:47

22   have the equipment to replace those with.               11:28:48

| | | |
|---|---|---|
| 1 | However, the oil-filled transformers were more | 11:28:51 |
| 2 | readily available. So the relocation was more | 11:28:55 |
| 3 | garnered to the transformers, moving the | 11:29:00 |
| 4 | transformers out of the rooms into an outside | 11:29:03 |
| 5 | space. | 11:29:09 |
| 6 | Q. Because they would not be dry | 11:29:12 |
| 7 | transformers? Or why? Why move them out? | 11:29:14 |
| 8 | A. Availability of equipment. So like I | 11:29:17 |
| 9 | said, Delmarva did not have dry type transformers | 11:29:22 |
| 10 | readily available in stock and it was hard to find | 11:29:25 |
| 11 | manufacturers for the certain size and type that | 11:29:28 |
| 12 | were in those rooms. So the discussion was to | 11:29:30 |
| 13 | relocate the transformers outside with equipment | 11:29:34 |
| 14 | that we either already had or were more available | 11:29:37 |
| 15 | to get. | 11:29:41 |
| 16 | Q. Okay. And to relocate equipment outside, | 11:29:42 |
| 17 | would that be Delmarva paying to do that work or | 11:29:47 |
| 18 | would the condo pay to do that work? | 11:29:51 |
| 19 | A. I don't -- I can't specifically answer | 11:29:53 |
| 20 | that question. | 11:29:58 |
| 21 | Q. Okay. Do you know who can? | 11:30:00 |
| 22 | A. I don't know. | 11:30:02 |

1      Q.   Okay.  So you mentioned transformers, but          11:30:06

2   in the subject line here it says, "I.e., moving            11:30:08

3   equipment out of electrical rooms to standard              11:30:14

4   outdoor switch gear."  So that references moving           11:30:17

5   switch gear outside; correct?                              11:30:20

6      A.   Switch gear with transformers, yes.  Yes.          11:30:22

7      Q.   And what, what would be the reason for             11:30:23

8   moving switch gear outside?                                11:30:25

9      A.   I don't specifically remember what was             11:30:26

10  discussed about that.                                      11:30:30

11     Q.   Do you recall any safety-related reasons           11:30:31

12  for moving switch gear outside?                            11:30:34

13     A.   No.                                                11:30:36

14         MR. FOLEY:  Okay.  Mine is cut off.  Let            11:30:41

15     me just see the exhibit.  I can't read it the           11:30:42

16     way you got it.                                         11:30:46

17         MR. TIMONEY:  Oh, no.                               11:30:46

18         MR. FOLEY:  I just wanted to --                     11:30:47

19         MR. TIMONEY:  Yours is printed in the               11:30:49

20     wrong direction.  I'm sorry.                            11:30:49

21         MR. FOLEY:  I just wanted to see the                11:30:50

22     sentence there.  I'm sorry.  Go ahead.                  11:30:51

| | | |
|---|---|---|
| 1 | Atlantic Avenue in Ocean City was at on one | 11:44:41 |
| 2 | occasion or more than one occasion? | 11:44:44 |
| 3 | A.   More than one occasion. | 11:44:46 |
| 4 | Q.   What was -- what were the reason you were | 11:44:47 |
| 5 | there on other occasions? | 11:44:50 |
| 6 | A.   Initially it was to identify how many | 11:44:52 |
| 7 | rooms there were, confirm our records, our mapping | 11:44:58 |
| 8 | records, and then on a separate occasion it was to | 11:45:02 |
| 9 | like seek alternatives with construction for like | 11:45:08 |
| 10 | future improvements. | 11:45:15 |
| 11 | Q.   Okay.  And did those future improvements | 11:45:16 |
| 12 | include moving the switches to an outside | 11:45:19 |
| 13 | location? | 11:45:22 |
| 14 | A.   We probably discussed it, but I don't | 11:45:23 |
| 15 | recall specifically. | 11:45:25 |
| 16 | Q.   Okay.  Do you know if there was any | 11:45:26 |
| 17 | documentation of your visits? | 11:45:28 |
| 18 | A.   I don't remember. | 11:45:31 |
| 19 | Q.   Normally when you were working in the | 11:45:34 |
| 20 | reliability department and you visited a property, | 11:45:40 |
| 21 | would any record be made of that? | 11:45:42 |
| 22 | A.   Possibly.  Probably, yeah. | 11:45:44 |

1    Q.   And what would that record be called?          11:45:53

2    A.   I don't specifically know.  They -- the         11:45:55

3  cars have, the Delmarva vehicles have Telogis,          11:46:04

4  which is like a tracking thing.  I don't know if         11:46:08

5  it -- it doesn't say any reasons why, but I mean,        11:46:10

6  the vehicles, you know, track, you know, I guess          11:46:15

7  when and where the vehicle is.                            11:46:21

8    Q.   Okay.  But I guess what I'm not                   11:46:24

9  understanding is you were there as a Delmarva             11:46:27

10 employee performing a task of inspecting rooms;          11:46:29

11 correct?                                                   11:46:29

12   A.   Yes.                                              11:46:35

13   Q.   And but as part of that job you didn't           11:46:35

14 record what you saw during the inspection?               11:46:41

15   A.   I probably had notes for the, for the            11:46:43

16 visit.                                                     11:46:47

17   Q.   Okay.  And where would those notes be            11:46:47

18 kept?                                                      11:46:50

19   A.   Probably in probably a binder, internal          11:46:50

20 or something, at the time.                                11:46:54

21   Q.   And do you know were those notes, were           11:46:55

22 they saved anywhere?                                      11:46:56

Transcript of Patrick Dubinski
Conducted on March 1, 2024                    94

| | | |
|---|---|---|
| 1 | that they're all photos of the Oceana I | 11:50:52 |
| 2 | Condominium at 8201 Atlantic Avenue and | 11:50:55 |
| 3 | specifically outside and around the room where | 11:50:58 |
| 4 | the accident took place. | 11:51:02 |
| 5 | (Dubinski Exhibits 7 and 8 were | 11:51:02 |
| 6 | marked for identification.) | 11:51:02 |
| 7 | BY MR. TIMONEY: | 11:51:05 |
| 8 | Q.   Looking at Dubinski 7 -- | 11:51:05 |
| 9 | MR. FOLEY:  That's this one. | 11:51:11 |
| 10 | BY MR. TIMONEY: | 11:51:11 |
| 11 | Q.   -- the second page of that is labeled | 11:51:14 |
| 12 | P765 and the third page is labeled P766.  Were any | 11:51:17 |
| 13 | of these labels placed by you? | 11:51:31 |
| 14 | A.   Me specifically?  I can't recall.  It was | 11:51:35 |
| 15 | myself and I think a trouble service person when | 11:51:38 |
| 16 | we had these labels put on. | 11:51:41 |
| 17 | Q.   Okay.  So you added this label in, in or | 11:51:42 |
| 18 | about 2019? | 11:51:46 |
| 19 | A.   Yes. | 11:51:48 |
| 20 | Q.   Okay.  And what was the reason for, for | 11:51:48 |
| 21 | putting that label on? | 11:51:54 |
| 22 | A.   We were looking to do it at all the | 11:51:55 |

| | | |
|---|---|---|
| 1 | Dubinski 5 or Dubinski 6, I think you said you | 11:53:56 |
| 2 | thought one of these was a substation label? | 11:54:00 |
| 3 | A.   Correct.  Dubinski 5, I believe. | 11:54:04 |
| 4 | Q.   Okay.  So in this substation label it | 11:54:06 |
| 5 | says Qualified Personnel Only? | 11:54:12 |
| 6 | A.   Yes, I see that. | 11:54:15 |
| 7 | Q.   Okay.  So, so that's a little bit | 11:54:17 |
| 8 | different from the label you placed on the door; | 11:54:21 |
| 9 | correct? | 11:54:21 |
| 10 | A.   Correct. | 11:54:25 |
| 11 | Q.   Was there a reason why you put this | 11:54:26 |
| 12 | different label on the door as opposed to the | 11:54:31 |
| 13 | substation label that's in the presentation? | 11:54:33 |
| 14 | A.   I don't, I don't know.  I didn't have | 11:54:35 |
| 15 | input.  It went through our safety manager at the | 11:54:37 |
| 16 | time and the vendor that provided the label. | 11:54:41 |
| 17 | Q.   And who was the safety manager? | 11:54:43 |
| 18 | A.   I don't remember his name. | 11:54:45 |
| 19 | Q.   Okay.  Okay.  So did you put -- sometime, | 11:54:47 |
| 20 | when you visited sometime in -- was this same | 11:55:16 |
| 21 | label put on other Condo Association doors? | 11:55:21 |
| 22 | A.   No.  Not at that time, no. | 11:55:24 |

Transcript of Patrick Dubinski
Conducted on March 1, 2024                    100

| | | |
|---|---|---|
| 1 | that work here. | 11:58:23 |
| 2 | Q.   Okay.  And do you know what, if any, | 11:58:25 |
| 3 | information was given to the condo about who | 11:58:30 |
| 4 | should or should not access that room? | 11:58:33 |
| 5 | A.   I don't specifically know. | 11:58:35 |
| 6 | Q.   Okay.  Did you make any inspection of the | 11:58:36 |
| 7 | condition of that lock when you were there? | 11:58:40 |
| 8 | A.   That one in particular, no. | 11:58:43 |
| 9 | Q.   Okay.  When you were looking at different | 11:58:49 |
| 10 | residential Condo Association buildings to look at | 11:58:58 |
| 11 | their switch rooms or electrical rooms, did you | 11:59:01 |
| 12 | have occasion to or reason sometimes to inspect | 11:59:04 |
| 13 | the locks or -- | 11:59:08 |
| 14 | A.   Yes. | 11:59:09 |
| 15 | Q.   And what -- | 11:59:10 |
| 16 | A.   Yes.  If it was rusted shut or we had | 11:59:10 |
| 17 | difficulty opening it, it would -- I think we were | 11:59:16 |
| 18 | just noting down possible, possible issues -- | 11:59:19 |
| 19 | Q.   Okay. | 11:59:24 |
| 20 | A.   -- with the door of the room itself. | 11:59:25 |
| 21 | Q.   And if you saw that issue, what, if | 11:59:26 |
| 22 | anything, would you do? | 11:59:29 |

1       A.    At the time we were looking to get a          11:59:30

2    vendor with improvements to the door, the lock.        11:59:37

3    So, so it was possible that it wouldn't shut           11:59:43

4    completely.                                            11:59:50

5       Q.    Okay.  So what, what kind of a vendor         11:59:50

6    were you looking at?                                   11:59:54

7       A.    Specifically it was Salisbury Door and        11:59:55

8    Hardware.                                              11:59:57

9       Q.    Okay.  And, and so what -- tell me about      11:59:59

10   that.  What do you recall about contacting            12:00:03

11   Salisbury Door and Hardware?                           12:00:05

12      A.    It was, it was to get their feedback on,      12:00:06

13   you know, what, what type of -- you know, how a        12:00:13

14   door like that would normally be locked.  Or yeah,     12:00:19

15   would normally be locked.                              12:00:23

16            In some of the other buildings that we        12:00:25

17   visited they had vents that were rusted, doors had     12:00:27

18   vents that were rusted.  So I was taking note of       12:00:31

19   some of those also.  So it was a variety, it was a     12:00:35

20   variety of, you know, kind of feedback from the        12:00:39

21   vendor.                                                12:00:42

22      Q.    Okay.  So but did Delmarva actually           12:00:43

1    replace any locks?                                    12:00:45

2        A.   No, no, no.                                  12:00:46

3        Q.   Did Delmarva make recommendations to any     12:00:48

4    buildings to replace locks?                           12:00:50

5        A.   I -- that could have possibly happened,      12:00:55

6    but not me specifically.                              12:00:59

7        Q.   Okay.  And do you know if Delmarva made      12:01:01

8    any recommendations to replace doors or vents on      12:01:03

9    doors?                                                12:01:07

10       A.   Recommendations to whom.                     12:01:07

11       Q.   To anyone internally or to the condo, the    12:01:09

12   building?                                             12:01:12

13       A.   Yeah, internally.  Yeah, I mean, we had a    12:01:13

14   quote from Salisbury Door and Hardware for locks      12:01:16

15   or for replacing the vents or little improvements.    12:01:19

16       Q.   And what happened to that quote?             12:01:28

17       A.   It never, it never, it never happened.  I    12:01:30

18   mean, it never went to fruition.                      12:01:33

19       Q.   Do you know why?                             12:01:36

20       A.   I couldn't get ahold of the vendor.          12:01:37

21       Q.   I don't understand.                          12:01:41

22       A.   Like we got a quote and then after like      12:01:43

1  months of follow-up I wasn't getting any kind of        12:01:45

2  feedback on when they could start or not start or       12:01:48

3  anything like that.                                     12:01:50

4      Q.   Okay.  And when you called them, was it a      12:01:51

5  quote to replace the lock on one door or multiple       12:01:53

6  doors or what?                                          12:01:56

7      A.   Multiple doors.                                12:01:57

8      Q.   Do you recall how many?                        12:01:58

9      A.   I don't remember specifically.                 12:01:59

10     Q.   Do you recall which condos?                    12:02:01

11     A.   I can't recall specifically.                   12:02:04

12     Q.   Do you recall if one of the condos was         12:02:06

13  the Oceana condo?                                      12:02:08

14     A.   Possibly, yeah.                                12:02:11

15     Q.   Okay.  And at that time was it your idea       12:02:12

16  that the door would be replaced by Delmarva with a     12:02:15

17  lock that Delmarva would control?                      12:02:24

18          MR. FOLEY:  Objection.  Go ahead.              12:02:26

19          THE WITNESS:  I can't remember the             12:02:28

20      specifics about it, about who had, who would       12:02:30

21      have had the key or who would have had the         12:02:33

22      lock.                                              12:02:35

1   BY MR. TIMONEY:                                    12:02:35

2       Q.   And at the time was there any discussion   12:02:37

3   about adding a padlock to the door?                12:02:38

4           MR. FOLEY:  Objection.  Go ahead and       12:02:42

5       answer.                                        12:02:43

6           THE WITNESS:  Possibly, yeah.  Yeah.       12:02:43

7   BY MR. TIMONEY:                                    12:02:45

8       Q.   What, if anything, do you remember about   12:02:45

9   that discussion?                                   12:02:46

10      A.   I don't specifically -- I know the vendor  12:02:49

11  recommended, I think he called it like a lock and  12:02:52

12  saddle.  Or lock, saddle and clasp.  I don't       12:02:54

13  remember specifically what it was.  I think that   12:02:57

14  could have been a lock that you could have added a 12:02:59

15  padlock too, but I don't specifically remember.    12:03:02

16      Q.   If we look at Dubinski 8 -- here it is.    12:03:04

17  The first page of Dubinski 8 is a photo marked     12:03:59

18  DPL 013 and is that -- are those green boxes       12:04:03

19  outdoor transformers?                              12:04:10

20      A.   Yes.                                       12:04:11

21      Q.   Okay.  And those transformer boxes have   12:04:12

22  labels on them; is that right?                     12:04:20

Transcript of Patrick Dubinski
Conducted on March 1, 2024                                    115

| | | |
|---|---|---|
| 1 | BY MR. TIMONEY: | 12:15:13 |
| 2 | Q.   Sure.  But if you could see from the | 12:15:13 |
| 3 | stuff stored in the room that, that people, | 12:15:15 |
| 4 | non-Delmarva employees were accessing that room, | 12:15:21 |
| 5 | doesn't that make it an emergency situation? | 12:15:23 |
| 6 | A.   In a sense, yes, I guess you could say | 12:15:26 |
| 7 | that. | 12:15:29 |
| 8 | Q.   And so did you or anyone else at Delmarva | 12:15:30 |
| 9 | respond in any way to take extra measures to | 12:15:36 |
| 10 | secure a room if you saw that there was | 12:15:40 |
| 11 | non-Delmarva equipment near switches? | 12:15:44 |
| 12 | A.   I don't recall specifically.  Anything | 12:15:45 |
| 13 | that was, anything that was noticed went through | 12:15:48 |
| 14 | our safety manager and our public affairs manager | 12:15:53 |
| 15 | at the time. | 12:15:57 |
| 16 | Q.   And who was the safety manager? | 12:15:58 |
| 17 | A.   I don't remember his name. | 12:15:59 |
| 18 | Q.   And who was the public affairs person? | 12:16:01 |
| 19 | A.   Jim Smith. | 12:16:03 |
| 20 | MR. TIMONEY:  Okay.  That's all I have. | 12:16:10 |
| 21 | MR. FOLEY:  I'll reserve the rest for | 12:16:11 |
| 22 | trial and we'll read and sign. | 12:16:14 |