# EXHIBIT "C"



# Transcript of Ronald Browning, Jr.

**Date:** April 22, 2024
**Case:** Warnick -v- Delmarva Power & Light Co.

**Planet Depos**
**Phone:** 888.433.3767
**Email:** transcripts@planetdepos.com
www.planetdepos.com

| | | |
|---|---|---|
| 1 | Q   Are you at all familiar, as you sit here | 10:11:13 |
| 2 | today, with NFPA 70B recommended practice for | 10:11:16 |
| 3 | electrical equipment maintenance? | 10:11:21 |
| 4 | A   No. | 10:11:23 |
| 5 | Q   When you worked as a -- in your position | 10:11:23 |
| 6 | as a reliability engineer for Delmarva, were there | 10:11:39 |
| 7 | any particular rules or standards that you | 10:11:41 |
| 8 | referred to in your job? | 10:11:47 |
| 9 | A   Our internal standards. | 10:11:50 |
| 10 | Q   Okay. | 10:11:52 |
| 11 | A   As well as our reliability or our | 10:11:52 |
| 12 | reliability metrics are what we based our projects | 10:11:57 |
| 13 | off of. | 10:12:02 |
| 14 | Q   Okay.  And what are those internal | 10:12:03 |
| 15 | standards called? | 10:12:05 |
| 16 | A   We have construction standards, material | 10:12:11 |
| 17 | standards and then distribution standards. | 10:12:18 |
| 18 | Q   Okay.  And how are they -- are they in a | 10:12:28 |
| 19 | booklet?  Are they online?  How do you access | 10:12:32 |
| 20 | those standards? | 10:12:34 |
| 21 | A   So they used to be handed to us in | 10:12:34 |
| 22 | binders and kept up with -- via our standards | 10:12:39 |

| | |
|---|---|
| 1   department. We have an internal standards | 10:12:46 |
| 2   department but they have since gone to a | 10:12:49 |
| 3   SharePoint website. | 10:12:51 |
| 4   Q    Are there still copies of binders | 10:12:57 |
| 5   around? | 10:12:58 |
| 6   A    Not that I'm aware of.  I believe most | 10:13:00 |
| 7   of the folks that use them have since retired or | 10:13:03 |
| 8   had them hidden because they were sought out after | 10:13:08 |
| 9   our reproduction.  Our repo team was kind of | 10:13:11 |
| 10  dissembled so we weren't able to get those as | 10:13:11 |
| 11  easily. | 10:13:21 |
| 12  Q    Not able to get to the paper binders? | 10:13:23 |
| 13  A    Correct. | 10:13:26 |
| 14  Q    And so after that conversion, the way to | 10:13:26 |
| 15  access that information was online? | 10:13:32 |
| 16  A    Correct. | 10:13:34 |
| 17  Q    And when did that conversion happen? | 10:13:38 |
| 18  A    Oh, goodness.  I would say 2020, | 10:13:43 |
| 19  estimating. | 10:13:47 |
| 20  Q    And for -- when you worked in | 10:13:59 |
| 21  reliability engineering, was there a particular, | 10:14:05 |
| 22  of the three types of standards that you | 10:14:08 |

| | | |
|---|---|---|
| 1 | Q    Okay. Well, so -- | 10:33:35 |
| 2 | A    Prior to going in. | 10:33:36 |
| 3 | Q    Was the lock on that door a Delmarva | 10:33:38 |
| 4 | lock? | 10:33:42 |
| 5 | A    No. | 10:33:43 |
| 6 | Q    Okay. And do you know who controlled | 10:33:49 |
| 7 | the lock on the door at Sea Colony? | 10:33:57 |
| 8 | A    Sea Colony HOAs. | 10:34:02 |
| 9 | Q    Okay. Before -- when -- do you know | 10:34:16 |
| 10 | when in time it was that you saw this type of | 10:34:39 |
| 11 | switch at Sea Colony? | 10:34:43 |
| 12 | A    Early -- estimating early 2019. I know | 10:34:46 |
| 13 | it was 2019. I want to say January or February. | 10:34:49 |
| 14 | Q    And was it around the same time that you | 10:34:58 |
| 15 | saw the knife blade switches at Oceana? | 10:35:02 |
| 16 | A    Correct. | 10:35:17 |
| 17 | Q    And before that, had you ever seen a | 10:35:17 |
| 18 | knife blade switch in your life? | 10:35:21 |
| 19 | A    In pictures and on our standards manual. | 10:35:24 |
| 20 | Q    Where are the knife blade switches | 10:35:32 |
| 21 | pictured in the standards manual? | 10:35:34 |
| 22 | A    In the materials manual. I don't recall | 10:35:38 |

| | | |
|---|---|---|
| 1 | are others? | 10:40:57 |
| 2 | A    These are all the photos that I took. | 10:41:03 |
| 3 | Q    Okay. | 10:41:07 |
| 4 | A    Of Sea Colony as well as at the Oceana? | 10:41:07 |
| 5 | Q    Okay. | 10:41:10 |
| 6 | MR. FOLEY:  So Mr. Browning forwarded me | 10:41:12 |
| 7 | the photos and I forwarded you.  I think I made | 10:41:14 |
| 8 | that representation. | 10:41:14 |
| 9 | Q    Okay.  And so where are these photos | 10:41:19 |
| 10 | maintained by you? | 10:41:22 |
| 11 | A    They were in my old reliability folder | 10:41:25 |
| 12 | on our shared drive but I tried to access the | 10:41:29 |
| 13 | whole folder the other day and I lost a bunch of | 10:41:33 |
| 14 | information or I don't have access to it anymore. | 10:41:37 |
| 15 | Q    Okay.  And so when you went to Sea | 10:41:41 |
| 16 | Colony, who was with you? | 10:41:51 |
| 17 | A    Oh, a trouble and service man which we | 10:41:55 |
| 18 | also refer to as our switch persons and one | 10:41:59 |
| 19 | supervisor, or actually two supervisors and | 10:42:08 |
| 20 | Patrick Dubinski, estimating. | 10:42:16 |
| 21 | Q    Okay.  Who was the trouble and service | 10:42:17 |
| 22 | man when you went up? | 10:42:24 |

| | | |
|---|---|---|
| 1 | little bit of a larger trip than what I put | 11:30:18 |
| 2 | together at Sea Colony to go through.  We went | 11:30:22 |
| 3 | through two different places in Ocean City but I | 11:30:26 |
| 4 | only had my iPad on me for the one at the Oceana. | 11:30:32 |
| 5 |     Q    Okay.  So we were provided with a set of | 11:30:40 |
| 6 | photos under the label Ocean City and it's 48 | 11:30:45 |
| 7 | photos, and are these all photos just of the | 11:30:53 |
| 8 | Oceana condo? | 11:31:00 |
| 9 |     A    Correct. | 11:31:02 |
| 10 |         MR. FOLEY:  Just so we're on the same -- | 11:31:02 |
| 11 | you're referring now to Exhibit 2, correct? | 11:31:02 |
| 12 |         MR. TIMONEY:  Yes, sorry, Browning 2. | 11:31:02 |
| 13 | Yes. | 11:31:02 |
| 14 |     Q    Okay.  And when you -- first off, why | 11:31:16 |
| 15 | did you and Patrick decide to go to Ocean City? | 11:31:23 |
| 16 |     A    Because Ocean City has high-rises just | 11:31:28 |
| 17 | as Sea Colony so they're similar to Sea Colony. | 11:31:33 |
| 18 | So I figured if he's seeing the same issues that I | 11:31:39 |
| 19 | am and also hearing the same stories that I am, | 11:31:44 |
| 20 | let's go take a look and see if we can get a plan | 11:31:46 |
| 21 | together to make all this infrastructure better. | 11:31:46 |
| 22 |     Q    Okay.  And so were there e-mails between | 11:31:55 |

| | | |
|---|---|---|
| 1 | you and Patrick Dubinski as to what you were doing | 11:31:57 |
| 2 | or planning to do or the reason for the trip? | 11:31:57 |
| 3 |     A   Oh, I'm sure.  There's probably e-mails, | 11:32:03 |
| 4 | phone calls. | 11:32:06 |
| 5 |     Q   All right.  And did your supervisor know | 11:32:11 |
| 6 | you were going to Ocean City? | 11:32:17 |
| 7 |     A   Correct. | 11:32:19 |
| 8 |     Q   And was it the same supervisor? | 11:32:19 |
| 9 |     A   Yes. | 11:32:23 |
| 10 |     Q   And did your supervisor have any input | 11:32:23 |
| 11 | into what you should look for or photograph when | 11:32:25 |
| 12 | you went there? | 11:32:25 |
| 13 |     A   No. | 11:32:28 |
| 14 |     Q   Did your supervisor review the | 11:32:29 |
| 15 | photographs that you took at Sea Colony? | 11:32:31 |
| 16 |     A   I don't recall.  I believe I may have | 11:32:34 |
| 17 | showed her but I can't confirm. | 11:32:39 |
| 18 |     Q   And did you have any conversations with | 11:32:42 |
| 19 | anyone else at Delmarva about seeing an issue at | 11:32:45 |
| 20 | Sea Colony with unauthorized access to electrical | 11:32:51 |
| 21 | rooms? | 11:32:56 |
| 22 |            MR. FOLEY:  Objection, form and | 11:32:59 |