# EXHIBIT "F"



PHILLIP R. ZUBER*
THOMAS A. McMANUS
MARK T. FOLEY
FRANK R. JONES*
MICHAEL L. ADAMS
TAYLOR R. KONCEN*
VINAY S. KATAKAM
_____

*ALSO ADMITTED IN D.C.
+ALSO ADMITTED IN PA

LANSDALE G. SASSCER (1893-1964)
HAL C.B. CLAGETT (1916-2010)
JAMES R. BUCHER (1929-2009)
WILLIAM N. ZIFCHAK (1942-2022)
_____

OF COUNSEL:
   SHEILA F. FLESHMAN*+

LA PLATA OFFICE:
   102 Centennial Street, Suite 102
   La Plata, MD 20646
   301-934-2490

Writer's Direct Dial: (240) 510-9216

Writer's E-mail address:
   pzuber@scblawyers.com

September 13, 2023

The Honorable Richard D. Bennett
United States District Court for the District of Maryland
101 West Lombard St., Chambers 50
Baltimore, MD 21201

      Re:   *Andrew Lee Warnick v. Delmarva Power & Light Co.*
             Case No. 1:23-cv-00175-RDB
             Our File No. 0299-43523

**RESPONSE TO PLAINTIFF'S COUNSEL'S 9/12/2023 LETTER**

Dear Judge Bennett:

    This is to notify you that I am currently out of the office today and will provide a written response to Mr. Timoney's September 12, 2023 letter by 10 am on Friday, September 15, 2023.

    Please let me know if this timeframe is not acceptable to the Court.

          Very truly yours,

          /s/ Phillip R. Zuber

          Phillip R. Zuber
          Bar No. #03501

PRZ/jvw
cc:    Patrick C. Timoney, Esq.

5407 Water Street, Suite 101, Upper Marlboro, Maryland 20772
T 301-627-5500  F 301-627-4156
www.scblawyers.com