# EXHIBIT "G"

## Rich Ennis

| | |
|---|---|
| **From:** | "Dubinski, Patrick:(DPL)" <Patrick.Dubinski@delmarva.com> |
| **Date:** | Friday, October 11, 2019 9:58 AM |
| **To:** | <rich@salisburydoor.com> |
| **Cc:** | "Browning Jr, Ronald E:(DPL)" <Ronald.BrowningJr@exeloncorp.com>; "Smack, Christopher E:(DPL)" <chris.smack@delmarva.com>; "Smith Jr, James A:(DPL)" <jim.a.smith2@delmarva.com>; "Tyson, Theresa:(DPL)" <theresa.tyson@delmarva.com> |
| **Subject:** | Request for locks for Ocean City Medium Voltage Rooms |

Rich,
It was a pleasure speaking with you today. I had a contract generated for helping us out with some locks in Ocean City. We have some transformer and medium voltage equipment rooms that we want you help assist in relocking/re-keying for our specific keys. Whenever you have time available, we can meet and show what we want done. The rooms have electrical equipment inside so we would have to escort you with our trouble / service person and you'd have to have your PPE (FR/dielectric shoes), etc.

Looking forward to working with you.

As stated, we have about 300 possible rooms in Ocean City and some in the Rehoboth/Bethany Area.


Contract Requisition: 02177136
Contract 01270555

**Patrick Dubinski, M.E.**
Senior Engineer
Delmarva Power Reliability


An Exelon Company

2530 N Salisbury Blvd
Salisbury, MD, 21802-1739
Office: 410 860 6043 | Mobile: 443 493 0239
Patrick.Dubinski@delmarva.com | delmarva.com

  


This Email message and any attachment may contain information that is proprietary, legally privileged, confidential and/or subject to copyright belonging to Exelon Corporation or its affiliates ("Exelon"). This Email is intended solely for the use of the person(s) to which it is addressed. If you are not an intended recipient, or the employee or agent responsible for delivery of this Email to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this Email is strictly prohibited. If you have received this message in error, please immediately notify the sender and permanently delete this Email and any copies. Exelon policies expressly prohibit employees from making defamatory or offensive statements and infringing any copyright or any other legal right by Email communication. Exelon will not accept any liability in respect of such communications. -EXCIP

5/6/2024

Salisbury_0001

## Rich Ennis

| | |
|---|---|
| From: | "Dubinski, Patrick:(DPL)" <Patrick.Dubinski@delmarva.com> |
| Date: | Thursday, January 30, 2020 1:10 PM |
| To: | "Rich Ennis" <rich@salisburydoor.com> |
| Cc: | "Browning Jr, Ronald E:(DPL)" <Ronald.BrowningJr@exeloncorp.com> |
| Subject: | RE: Request for locks for Ocean City Medium Voltage Rooms |

Rich,

Just checking in if you guys had found any compatible locks for the shanks and a quote for the work we walked out with Richard Smith on in Ocean City?

Thanks

**Patrick Dubinski, M.E.**
Senior Engineer
Delmarva Power Reliability



2530 N Salisbury Blvd
Salisbury, MD, 21802-1739
Office: 410 860 6043 | Mobile: 443 493 0239
Patrick.Dubinski@delmarva.com | delmarva.com

  

---

**From:** Rich Ennis <rich@salisburydoor.com>
**Sent:** Friday, October 11, 2019 11:57 AM
**To:** Dubinski, Patrick:(DPL) <Patrick.Dubinski@delmarva.com>
**Subject:** Re: Request for locks for Ocean City Medium Voltage Rooms

Good Morning Sir ,

Confirming receipt of email.

We will have our outside man contact you to schedule a time to make an onsite visit.

Thank you
Rich Ennis
SDH

**From:** Dubinski, Patrick:(DPL)
**Sent:** Friday, October 11, 2019 9:58 AM
**To:** rich@salisburydoor.com
**Cc:** Browning Jr, Ronald E:(DPL) ; Smack, Christopher E:(DPL) ; Smith Jr, James A:(DPL) ; Tyson, Theresa:(DPL)

## Rich Ennis

| | |
|---|---|
| From: | "Rich Ennis" <rich@salisburydoor.com> |
| Date: | Thursday, February 06, 2020 11:43 AM |
| To: | "Patrick:(DPL) Dubinski" <Patrick.Dubinski@delmarva.com> |
| Attach: | 20200206105753.pdf |
| Subject: | Quotes(2)-Ocean High Rise & Antiqua |

Hi Patrick ,

See attached Quotes (2)
Please Note: if you could use Lever Handle locks instead of the Knobs we would be able to cut the total cost of the project.
Thanks
Rich Ennis
SDH
Your message is ready to be sent with the following file or link attachments:
20200206105753

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments.  Check your e-mail security settings to determine how attachments are handled.

5/6/2024

Salisbury_0003

Case 1:23-cv-00175-RDB   Document 51-7   Filed 05/08/24   Page 5 of 12

# SALISBURY DOOR AND HARDWARE, INC.

**SALISBURY DOOR AND HARDWARE, INC.**

8805 BI-STATE BLVD.        DELMAR, MARYLAND        21875

P.O BOX 3338        SALISBURY MARYLAND 21802-3338

410-896-2000        FAX 410-896-4442

******************************************* BID NO 02-06-20-056 RE
* PROPOSAL OR CONTRACT *
******************************************* FEBRUARY 6TH   2020

DELMARVA POWER                              RE: QUOTE
SALISBURY, MD.

ATTN: PATRICK

This Agreement is made between Salisbury Door And Hardware, Inc.(Hereinafter called "Seller") and the above party (hereinafter called "Buyer"). Seller agrees to furnish for the above project, and Buyer agrees to accept and pay for, the following provisions, including the CONDITIONS OF SALE attached.

AS PER REQUEST

<u>OCEAN HIGH RISE - 82ND STREET - OCEAN CITY, MD.</u>

<u>REMOVE CUSTOMERS EXISTING LOCK</u>

<u>FURNISH & INSTALL:</u>
ONE(1) HD STOREROOM FUNCTION LOCK - KNOB X KNOB - TO ACCEPT CUSTOMER SUPPLIED "BEST CORE"
ONE(1) HD HASP & STAPLE - THRU BOLTED - TO ACCEPT CUSTOMER SUPPLIED PADLOCK

                                                        **FURNISHED & INSTALLED:    $ 1,125.00**

<u>WORK QUOTED AS MONDAY - FRIDAY 7:00AM - 5:00PM</u>

TERMS: ** Net 30 Days** Subject to prior credit approval.
Tax is not included in prices unless noted otherwise.
No retainage allowed on deliver only material.
Void unless acceptance is received within Thirty (30) days.
No erection included unless noted above.
All Electric Power & Control Wiring by Others.
Erection work will be done according to A.I.S.C. specifications
All material that we offer from stock is for immediate acceptance and subject to prior sale.
DOORS & FRAMES ARE FACTORY PRIME PAINTED ONLY...

                                        SALISBURY DOOR & HARDWARE

                                        *[signature]*

                                        RICHARD D. ENNIS

ACCEPTED FOR: _____

BY: _____   DATE: _____
    Name              Title

Salisbury_0004

# SALISBURY DOOR AND HARDWARE, INC.

8805 BI-STATE BLVD.    DELMAR, MARYLAND   21875

P.O BOX 3338    SALISBURY MARYLAND 21802-3338

410-896-2000    FAX 410-896-4442

*********************************** BID NO 02-06-20-057 RE
* PROPOSAL OR CONTRACT *
*********************************** FEBRUARY 6TH  2020
RE: QUOTE

DELMARVA POWER
SALISBURY, MD.

ATTN: PATRICK

This Agreement is made between Salisbury Door And Hardware, Inc.(Hereinafter called "Seller")and the above party (hereinafter called "Buyer"). Seller agrees to furnish for the above project, and Buyer agrees to accept and pay for, the following provisions, including the CONDITIONS OF SALE attached.

AS PER REQUEST

ANTIGUA - 85TH STREET - OCEAN CITY, MD.

1ST FLOOR - 13TH FLOOR

REMOVE CUSTOMERS EXISTING LOCKS

FURNISH & INSTALL:
THIRTEEN(13) HD STOREROOM FUNCTION LOCKS - KNOB x KNOB TO ACCEPT CUSTOMER SUPPLIED "BEST CORES"
THIRTEEN(13) HD HASP & STAPLES - THRU BOLTED - TO ACCEPT CUSTOMER SUPPLIED PADLOCKS

FURNISHED & INSTALLED:    $ 12,735.00

WORK QUOTED AS MONDAY - FRIDAY 7:00AM - 5:00PM

TERMS: ** Net 30 Days** Subject to prior credit approval.
Tax is not included in prices unless noted otherwise.
No retainage allowed on deliver only material.
Void unless acceptance is received within Thirty (30) days.
No erection included unless noted above.
All Electric Power & Control Wiring by Others.
Erection work will be done according to A.I.S.C. specifications
All material that we offer from stock is for immediate acceptance and subject to prior sale.
DOORS & FRAMES ARE FACTORY PRIME PAINTED ONLY...

SALISBURY DOOR & HARDWARE

*Richard D Ennis*

RICHARD D. ENNIS

ACCEPTED FOR: _____

BY: _____ DATE: _____
    Name      Title

Salisbury_0005

## Rich Ennis

**From:** "Rich Ennis" <rich@salisburydoor.com>
**Date:** Friday, February 07, 2020 8:19 AM
**To:** "Dubinski, Patrick:(DPL)" <Patrick.Dubinski@delmarva.com>
**Subject:** Re: [EXTERNAL] Quotes(2)-Ocean High Rise & Antiqua

Good morning,

I will revise the quotation this morning and send right back to you.

Thanks
Rich Ennis
SDH

**From:** Dubinski, Patrick:(DPL)
**Sent:** Thursday, February 06, 2020 5:51 PM
**To:** Rich Ennis
**Cc:** Browning Jr, Ronald E:(DPL)
**Subject:** Re: [EXTERNAL] Quotes(2)-Ocean High Rise & Antiqua

Rich,

Yes, lever handles would be acceptable. How much of a difference would that be?

Patrick Dubinski
Senior Engineer
Delmarva Power Reliability
2530 N Salisbury Blvd
Salisbury, MD, 21802-1739
Office: 410 860 6043
Mobile: 443 493 0239
Patrick.Dubinski@delmarva.com

**From:** Rich Ennis <rich@salisburydoor.com>
**Sent:** Thursday, February 6, 2020 11:43:18 AM
**To:** Dubinski, Patrick:(DPL) <Patrick.Dubinski@delmarva.com>
**Subject:** [EXTERNAL] Quotes(2)-Ocean High Rise & Antiqua

Hi Patrick,

See attached Quotes (2)
Please Note: if you could use Lever Handle locks instead of the Knobs we would be able to cut the total cost of the project.
Thanks
Rich Ennis
SDH
Your message is ready to be sent with the following file or link attachments:

5/6/2024

**SALISBURY DOOR AND HARDWARE, INC.**

SALISBURY DOOR AND HARDWARE, INC.

8805 BI-STATE BLVD.        DELMAR, MARYLAND   21875

P.O BOX 3338        SALISBURY MARYLAND 21802-3338

410-896-2000        FAX 410-896-4442

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* BID NO 02-06-20-056-1 RE
* PROPOSAL OR CONTRACT *
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FEBRUARY 6TH   2020

DELMARVA POWER
SALISBURY, MD.

RE: QUOTE
REVISED AS PER REQUEST: 02-07-20

ATTN: PATRICK

This Agreement is made between Salisbury Door And Hardware, Inc.(Hereinafter called "Seller" )and the above party (hereinafter called "Buyer"). Seller agrees to furnish for the above project, and Buyer agrees to accept and pay for, the following provisions, including the CONDITIONS OF SALE attached.

AS PER REQUEST

OCEAN HIGH RISE - 82ND STREET - OCEAN CITY, MD.

REMOVE CUSTOMERS EXISTING LOCK

FURNISH & INSTALL:
ONE(1) HD STOREROOM FUNCTION LOCK - LEVER X LEVER - TO ACCEPT CUSTOMER SUPPLIED "BEST CORE"
ONE(1) HD HASP & STAPLE - THRU BOLTED - TO ACCEPT CUSTOMER SUPPLIED PADLOCK

FURNISHED & INSTALLED:    $ 1,040.00

WORK QUOTED AS MONDAY - FRIDAY 7:00AM - 5:00PM

TERMS: ** Net 30 Days** Subject to prior credit approval.
Tax is not included in prices unless noted otherwise.
No retainage allowed on deliver only material.
Void unless acceptance is received within Thirty (30) days.
No erection included unless noted above.
All Electric Power & Control Wiring by Others.
Erection work will be done according to A.I.S.C. specifications
All material that we offer from stock is for immediate acceptance and subject to prior sale.
DOORS & FRAMES ARE FACTORY PRIME PAINTED ONLY...

SALISBURY DOOR & HARDWARE

*Richard D Ennis*

RICHARD D. ENNIS

ACCEPTED FOR:_____

BY:_____ DATE:_____
    Name           Title



# SALISBURY DOOR AND HARDWARE, INC.

**S ALISBURY DOOR AND HARDWARE, INC.**

8805 BI-STATE BLVD.     DELMAR, MARYLAND   21875

P.O BOX 3338     SALISBURY MARYLAND 21802-3338

410-896-2000     FAX 410-896-4442

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* BID NO 02-06-20-057-1 RE

\* PROPOSAL OR CONTRACT \*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* FEBRUARY 6TH   2020

DELMARVA POWER
SALISBURY , MD.

RE: QUOTE
REVISED AS PER REQUEST: 02-07-20

ATTN: PATRICK

This Agreement is made between Salisbury Door And Hardware, Inc.(Hereinafter called "Seller") and the above party (hereinafter called "Buyer"). Seller agrees to furnish for the above project, and Buyer agrees to accept and pay for, the following provisions, including the CONDITIONS OF SALE attached.

AS PER REQUEST

ANTIGUA - 85TH STREET - OCEAN CITY , MD.

1ST FLOOR - 13TH FLOOR

REMOVE CUSTOMERS EXISTING LOCKS

FURNISH & INSTALL:
THIRTEEN(13) HD STOREROOM FUNCTION LOCKS - LEVER x LEVER TO ACCEPT CUSTOMER SUPPLIED "BEST CORES"
THIRTEEN(13) HD HASP & STAPLES - THRU BOLTED - TO ACCEPT CUSTOMER SUPPLIED PADLOCKS

FURNISHED & INSTALLED:     $ 11,600.00

WORK QUOTED AS MONDAY - FRIDAY 7:00AM - 5:00PM

TERMS: \*\* Net 30 Days\*\* Subject to prior credit approval.
Tax is not included in prices unless noted otherwise.
No retainage allowed on deliver only material.
Void unless acceptance is received within Thirty (30) days.
No erection included unless noted above.
All Electric Power & Control Wiring by Others.
Erection work will be done according to A.I.S.C. specifications
All material that we offer from stock is for immediate acceptance and subject to prior sale.
DOORS & FRAMES ARE FACTORY PRIME PAINTED ONLY...

SALISBURY DOOR & HARDWARE

*Richard D Ennis*

RICHARD D. ENNIS

ACCEPTED FOR:_____

BY:_____ DATE:_____
   Name      Title

Salisbury_0008

## Rich Ennis

| | |
|---|---|
| From: | "Dubinski, Patrick:(DPL)" <Patrick.Dubinski@delmarva.com> |
| Date: | Friday, February 07, 2020 3:17 PM |
| To: | "Rich Ennis" <rich@salisburydoor.com> |
| Cc: | "Banks, Shirley W:(DPL)" <shirley.banks@delmarva.com>; "Browning Jr, Ronald E:(DPL)" <Ronald.BrowningJr@exeloncorp.com> |
| Attach: | 20200207092157-signed.pdf |
| Subject: | RE: [EXTERNAL] Quote revisions |

Rich,
I agree and approve to the cost.

Since these will be our live voltage rooms, just let us know when to schedule, so our trouble-men will be on site and how long as well.

Much appreciated

**Patrick Dubinski**
Senior Engineer
Delmarva Power Reliability



2530 N Salisbury Blvd
Salisbury, MD, 21802-1739
Office: 410 860 6043 | Mobile: 443 493 0239
Patrick.Dubinski@delmarva.com | delmarva.com

  

---

**From:** Rich Ennis <rich@salisburydoor.com>
**Sent:** Friday, February 7, 2020 9:28 AM
**To:** Dubinski, Patrick:(DPL) <Patrick.Dubinski@delmarva.com>
**Subject:** [EXTERNAL] Quote revisions

Please see attached Quote revisions(2)

Thanks
Rich Ennis
SDH
Your message is ready to be sent with the following file or link attachments:
20200207092157

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are

5/6/2024

Salisbury_0009



**SALISBURY DOOR AND HARDWARE, INC.**

8805 BI-STATE BLVD.      DELMAR, MARYLAND   21875

P.O BOX 3338            SALISBURY MARYLAND 21802-3338

410-896-2000            FAX 410-896-4442

****************************************** BID NO 02-06-20-056-1 RE
* PROPOSAL OR CONTRACT *
****************************************** FEBRUARY 6ᵀᴴ  2020

DELMARVA POWER                     RE: QUOTE
SALISBURY, MD.                     REVISED AS PER REQUEST: 02-07-20

ATTN: PATRICK

This Agreement is made between Salisbury Door And Hardware, Inc.(Hereinafter called "Seller" )and the above party (hereinafter called "Buyer"). Seller agrees to furnish for the above project, and Buyer agrees to accept and pay for, the following provisions, including the CONDITIONS OF SALE attached.

AS PER REQUEST

<u>OCEAN HIGH RISE - 82ᴺᴰ STREET - OCEAN CITY, MD.</u>

<u>REMOVE CUSTOMERS EXISTING LOCK</u>

<u>FURNISH & INSTALL:</u>
ONE(1) HD STOREROOM FUNCTION LOCK - LEVER X LEVER - TO ACCEPT CUSTOMER SUPPLIED "BEST CORE"
ONE(1) HD HASP & STAPLE - THRU BOLTED - TO ACCEPT CUSTOMER SUPPLIED PADLOCK

                              FURNISHED & INSTALLED:    $ 1,040.00

<u>WORK QUOTED AS MONDAY - FRIDAY 7:00AM - 5:00PM</u>

TERMS: ** Net 30 Days** Subject to prior credit approval.
Tax is not included in prices unless noted otherwise.
No retainage allowed on deliver only material.
Void unless acceptance is received within Thirty (30) days.
No erection included unless noted above.
All Electric Power & Control Wiring by Others.
Erection work will be done according to A.I.S.C. specifications
All material that we offer from stock is for immediate acceptance and subject to prior sale.
DOORS & FRAMES ARE FACTORY PRIME PAINTED ONLY...

                    SALISBURY DOOR & HARDWARE

                    */s/ Richard D. Ennis*
                    RICHARD D. ENNIS

ACCEPTED FOR: _____Delmarva Power_____

BY: __Patrick Dubinski, Engineer__  DATE: __2/7/2020_____
      Name          Title

      */s/ Patrick Dubinski*



**SALISBURY DOOR AND HARDWARE, INC.**

8805 BI-STATE BLVD.    DELMAR, MARYLAND    21875

P.O BOX 3338    SALISBURY MARYLAND 21802-3338

410-896-2000    FAX 410-896-4442

******************************************* BID NO 02-06-20-057-1 RE
* PROPOSAL OR CONTRACT *
******************************************* FEBRUARY 6TH   2020

DELMARVA POWER                          RE: QUOTE
SALISBURY, MD.                          REVISED AS PER REQUEST: 02-07-20

ATTN: PATRICK

This Agreement is made between Salisbury Door And Hardware, Inc.(Hereinafter called "Seller")and the above party (hereinafter called "Buyer"). Seller agrees to furnish for the above project, and Buyer agrees to accept and pay for, the following provisions, including the CONDITIONS OF SALE attached.

AS PER REQUEST

ANTIGUA - 85TH STREET - OCEAN CITY, MD.

1ST FLOOR - 13TH FLOOR

REMOVE CUSTOMERS EXISTING LOCKS

FURNISH & INSTALL:
THIRTEEN(13) HD STOREROOM FUNCTION LOCKS - LEVER x LEVER TO ACCEPT CUSTOMER SUPPLIED "BEST CORES"
THIRTEEN(13) HD HASP & STAPLES - THRU BOLTED - TO ACCEPT CUSTOMER SUPPLIED PADLOCKS

                                        FURNISHED & INSTALLED:    $ 11,600.00

WORK QUOTED AS MONDAY - FRIDAY 7:00AM - 5:00PM

TERMS: ** Net 30 Days** Subject to prior credit approval.
Tax is not included in prices unless noted otherwise.
No retainage allowed on deliver only material.
Void unless acceptance is received within Thirty (30) days.
No erection included unless noted above.
All Electric Power & Control Wiring by Others.
Erection work will be done according to A.I.S.C. specifications
All material that we offer from stock is for immediate acceptance and subject to prior sale.
DOORS & FRAMES ARE FACTORY PRIME PAINTED ONLY...

                    SALISBURY DOOR & HARDWARE

                    *Richard D Ennis* (signature)

                    RICHARD D. ENNIS

ACCEPTED FOR: _____ Delmarva Power _____

BY: _Patrick Dubinski, Engineer_   DATE: _2/7/2020_____
      Name         Title

*Patrick Dubinski* (signature)