

# DEVINE TIMONEY
## LAW GROUP

Veva 14, Suite 404
1777 Sentry Parkway West
Blue Bell, PA 19422
610-400-1970 office
610-850-9994 fax

www.devinetimoney.com

Patrick C. Timoney
Direct Dial: 610.400.1970 ext. 102
Email: ptimoney@devinetimoney.com

May 24, 2024

<u>**Via Electronic Filing System**</u>
The Honorable Richard D. Bennett
United States District Court
District of Maryland
101 West Lombard Street
Chambers 50
Baltimore, MD 21201

      RE:    **Warnick v. Delmarva Power & Light**
                  **Case No.: 1:23-cv-00175-RDB**
                  **Plaintiff's Request to Extend Expert Rebuttal Deadline (Unopposed)**

Dear Judge Bennett:

Plaintiff, Andrew Lee Warnick, hereby requests an extension of the time for Plaintiff to provide rebuttal expert reports on liability. The current date is for Plaintiff to Provide Rule 26 (a)(2) rebuttal reports report is May 28 2024. Plaintiff requests that this deadline be extended to **June 21, 2024.**

I have conferred with attorney Mark Foley, counsel for the defendant in this matter, and he has confirmed that defendant does not oppose this request. Thank you.

Respectfully submitted,

*[signature]*

Patrick C. Timoney

PCT/mel

cc:    Mark T. Foley, Esquire
         Ken Macleay, Esquire